IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>GARY TODD HORTON,  )<br>  )<br>    Defendant.  )<br>  ) | NO. CR17-0083RSL<br><br>ORDER ALLOWING<br>WITHDRAWAL AND<br>SUBSTITUTION OF ATTORNEY |

THIS MATTER having come on before the above-entitled Court upon the motion of the defendant, Gary T. Horton, for an order allowing Wayne C. Fricke and the Hester Law Group, Inc., P.S., to be substituted as his attorneys of record in place of Corey Endo, of the Federal Public Defender's Office; and the Court being in all things fully advised; NOW, THEREFORE, It Is Hereby

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

ORDER ALLOWING WITHDRAWAL
AND SUBSTITUTION OF ATTORNEY - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

ORDERED that Wayne C. Fricke and the Hester Law Group, Inc., P.S. are hereby allowed to substitute as attorneys for the defendant above-named in place of Corey Endo, of the Federal Public Defender's Office.

DATED this 28th day of March, 2017

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Substituting Attorneys

By: /s/ Wayne C. Fricke
_____
Wayne C. Fricke
WSB #16550

FEDERAL PUBLIC DEFENDER'S OFFICE
Withdrawing Attorney

By: /s/ Corey Endo
_____
Corey Endo
WSB #34270

ORDER ALLOWING WITHDRAWAL
AND SUBSTITUTION OF ATTORNEY - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157