THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR17-0083RSL |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| vs. ) | MOTION FOR RETURN OF |
| ) | PASSPORT |
| GARY TODD HORTON, ) | |
| Defendant. ) | |

THIS MATTER having come before the Court on the defendant's Unopposed Motion for Return of Passport to the Defendant, the Court having reviewed the motion and the records and files herein,

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

\*\*\*

ORDER GRANTING UNOPPOSED
MOTION FOR RETURN OF PASSPORT - 1
*(Gary Horton CR17-0383RSL)*

**HESTER LAW GROUP, INC., P.S.**
**1008 South Yakima Avenue, Suite 302**
**Tacoma, WA 98405**
**(253) 272-2157**

IT IS NOW THEREFORE ORDERED that the Clerk of the Court is directed to release Mr. Horton's passport to Mr. Horton.

DATED this 15th day of December, 2020

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by,

HESTER LAW GROUP, INC. P.S.
Attorneys for Defendant

By:  */s/ Wayne C. Fricke*
Wayne C. Fricke, WSB #16550

ORDER GRANTING UNOPPOSED
MOTION FOR RETURN OF PASSPORT - 2
*(Gary Horton CR17-0383RSL)*

**HESTER LAW GROUP, INC., P.S.**
**1008 South Yakima Avenue, Suite 302**
**Tacoma, WA 98405**
**(253) 272-2157**